United States District Court
Southern District of Texas
**ENTERED**
March 05, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RONNELLE WATSON, (TDCJ-CID #1055814) Plaintiff, | § § § § | |
| vs. | § § | CIVIL ACTION H-20-0638 |
| DANIELS, *et al.*, Defendants. | § § § § | |

**MEMORANDUM AND OPINION**

Plaintiff, a state prisoner proceeding pro se, brings this action against Texas prison officials who reside in Jefferson County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the LeBlanc Unit, where he is confined and which is located in Jefferson County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be TRANSFERRED to the United States District Court for the Eastern District of Texas, Beaumont Division. 28 U.S.C. §§ 1391, 1404(a).

Plaintiff's motion to proceed in forma pauperis, (Docket Entry No. 2), is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on March 3, 2020.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2020\20-0638.a01.wpd